DANIEL AMIANO v. THE OHIO CASUALTY
INSURANCE COMPANY.

March 25, 1980.

Petition for certification granted.

DANIEL AMIANO v. THE OHIO CASUALTY
INSURANCE COMPANY.

March 25, 1980.

Cross–Petition for certification denied.

WATERFRONT COMMISSION OF NEW YORK HARBOR
v. ROBERT V. LAKE.

March 25, 1980.

Petition for certification denied.